UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AKASH PAUL,<br><br>               **Plaintiff *Pro Se*,**<br><br>v.<br><br>JOHN TSOUKARIS,<br><br>               **Defendant.** | Civ. No. 14-5208 (KM)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the Court's August 12, 2015 Order to Show Cause why the matter should not be dismissed for lack of subject matter jurisdiction (ECF No. 26); and Plaintiff having submitted a letter brief in response (ECF No. 29); and this Court, deeming that response inadequate, having again, on December 11, 2015, ordered Plaintiff to show cause why the Complaint should not be dismissed for lack of subject matter jurisdiction, (ECF No. 30); and Plaintiff having submitted a response on January 22, 2016 (ECF No. 31); and the United States on behalf of Defendant John Tsoukaris having filed an opposition to Plaintiff's response on February 5, 2016 (ECF No. 32); and Magistrate Judge Michael A. Hammer having filed a Report and Recommendation on February 17, 2016 (ECF No. 33); and Defendant having filed a timely objection to the Report and Recommendation (ECF No. 34); and the Court having considered all of the foregoing and the other documents in the record, pursuant to Federal Rule of Civil Procedure 78, and for good cause appearing,

**IT IS** this 15th day of November, 2016,

**ORDERED** that Magistrate Judge Hammer's Report and Recommendation is adopted in full and the Complaint is **DISMISSED,** pursuant to Fed. R. Civ. P. 12(h)(3), for lack of federal subject matter jurisdiction; and it is further

**ORDERED** that the Clerk **CLOSE** the file.

                                                    _____
                                                    HON. KEVIN MCNULTY
                                                    United States District Judge